**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HER YANG,<br><br>    Petitioner,<br><br>  v.<br><br>JEH JOHNSON, etc., et al.,<br><br>    Respondents. | ) NO. ED CV 15-2612-ODW(E)<br>)<br>)<br>)<br>)   JUDGMENT<br>)<br>)<br>)<br>) |

  IT IS ADJUDGED that the Petition is dismissed without prejudice.

  DATED: March 31, 2016.

              _____
                 OTIS D. WRIGHT, II
               UNITED STATES DISTRICT JUDGE